| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gordon, Leo M. | 2. Court or Organization U.S. Court of International Trade | 3. Date of Report 05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Court of International Trade - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Board - Emory University School of Law - Atlanta, GA |
| 2. | Trustee | Hebrew Free Loan of New Jersey - Florham Park, NJ |
| 3. | Director | Federal Judges Association |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | �it - Substitute Teaching Per Diem |
| 2. 2017 | NJ Division of Pension & Benefits - Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgtown Law Center | March 8-10, 2017 | Washington, D.C. | Georgetown's Inernational Trade Update Planning Committee Meeting | Transportation and meals |
| 2. | Academy for Interchange and Exchange of Judicial Matters | March 27-April 8, 2017 | Buenos Aires, Argentina | AIEJ Seminar | Transportation, lodging, and meals |
| 3. | Academy for Interchange and Exchange of Judicial Matters | April 25-26, 2017 | Washington, DC | AIEJ Seminar | Transportation and meals |
| 4. | Emory University School of Law | April 28-May 2, 2017 | Atlanta, GA | Trial Techniques Program | Transportation, lodging, and meals |
| 5. | Federal Judges Association | May 23-24, 2017 | Washington, DC | FJA Executive Committee Meeting | Transportation and meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Gordon, Leo M.** | 05/09/2018 |

| 6. | Georgtown Law Center | May 31-June 1, 2017 | Washington, DC | Georgetown's Inernational Trade Update Planning Committee Meeting | Transportation and meals |
| --- | --- | --- | --- | --- | --- |
| 7. | New York Law School | June 2-17, 2017 | London, UK | London Law School Program | Transportation, lodging, and meals |
| 8. | IAJFL | October 22-24, 2017 | San Francisco, CA | IAJFL Convention | Transportation, lodging, and meals |
| 9. | Case Western University School of Law | October 26-29, 2017 | Cleveland, OH | Customs & Trade Law Seminar | Transportation, lodging, and meals |
| 10. | Academy for Interchange and Exchange of Judicial Matters | November 10-19, 2017 | Buenos Aires, Argentina | AIEJ Seminar | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | None |
| 2. | Sofi | Student Loans | K |
| 3. | Chase Card Services | Credit Card | K |
| 4. | Bank of America | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. VOYA SECUIRTY LIFE - WHOLE LIFE INSURANCE POLICY | A | Interest | J | T | | | | | |
| 2. TRANSAMERICA LIFE INS CO - WHOLE LIFE INS POLICY | A | Interest | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4. FRANKLIN TEMPLETON HIGH INCOME TR FUND CL A - MUTUAL FUND (FHAIX) | A | Dividend | J | T | | | | | |
| 5. AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND CL A (AWSHX) | B | Dividend | K | T | | | | | |
| 6. VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | J | T | | | | | |
| 7. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 8. AMERIPRISE CASH (Y) | | | | | | | | | |
| 9. APPLE - COMMON STOCK (AAPL) | B | Dividend | M | T | | | | | |
| 10. VISA INC - COMMON STOCK (V) | A | Dividend | J | T | | | | | |
| 11. DISNEY - COMMON STOCK (DIS) | A | Dividend | K | T | | | | | |
| 12. FRANKLIN TEMPLETON - TEMP CLASS A - WORLD FUND - MUTUAL FUND (TEMWX) | B | Dividend | K | T | | | | | |
| 13. IRA #1 (H) | | | | | | | | | |
| 14. AMERIPRISE INSURED MONEY MARKET FUND (AIMMA) | A | Int./Div. | | | Buy | 08/11/17 | J | | |
| 15. | | | | | Sold | 08/21/17 | J | | |
| 16. CALAMOS INVESTMENT TRUST NEW GROWTH FUND - MUTUAL FUND (CGRIX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. CALAMOS INVESTMENT TRUST NEW CONVERTIBLE FUND - MUTUAL FUND (CICVX) | A | Dividend | J | T | | | | | |
| 18. KINETICS MUTUAL FUND INC - PARADIGM FUND - MUTUAL FUND (KNPYX) | | None | | | Sold | 08/07/17 | J | C | |
| 19. WELL FARGO ADVANTAGE EMERGING MARKETS - EQUITY FUND MUT FUND (EMGNX) | A | Dividend | J | T | | | | | |
| 20. PIMCO REAL RETURN BOND (PRRIX) | A | Dividend | J | T | | | | | |
| 21. IRA #2 (H) | | | | | | | | | |
| 22. SHELTON INT'L SELECT EQUITY CL 1 (WHVIX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo M. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544